IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HERBERT ANDERSON,**

    Plaintiff,

  vs.                                               Civil Action 2:12-CV-642
                                                           Judge Marbley
                                                           Magistrate Judge King

**JULIE M. KAGEL,**

    Defendant.

<u>ORDER</u>

    On July 20, 2012, the United States Magistrate Judge recommended that the action be dismissed for lack of jurisdiction and for failure to state a claim upon which relief can be granted. *Report and Recommendation*, Doc. No. 6.  Although plaintiff was advised of his right to object to the recommendation and of the consequences of his failure to do so, plaintiff has filed no objection.

    The **Report and Recommendation** is **ADOPTED AND AFFIRMED**.  This action is hereby **DISMISSED**.

    The Clerk shall enter FINAL JUDGMENT in this action.  Moreover, the Court concludes that an appeal from that judgment would not be taken in good faith.

                                                      *s/Algenon L. Marbley*
                                                       Algenon L. Marbley
                                              United States District Judge