```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
             EASTERN DIVISION
```

**HERBERT ANDERSON,**

        Plaintiff,

  vs.                                Civil Action 2:12-CV-642
                                      Judge Marbley
                                      Magistrate Judge King

**JULIE M. KAGEL,**

        Defendant.

## ORDER

On July 20, 2012, the United States Magistrate Judge recommended that the action be dismissed for lack of jurisdiction and for failure to state a claim upon which relief can be granted. *Report and Recommendation*, Doc. No. 6. Although plaintiff was advised of his right to object to the recommendation and of the consequences of his failure to do so, plaintiff has filed no objection.

The **Report and Recommendation** is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter FINAL JUDGMENT in this action. Moreover, the Court concludes that an appeal from that judgment would not be taken in good faith.

                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                          United States District Judge